IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 97-399-1 |
| | : | |
| RONALD HARRIS | : | |

## ORDER

AND NOW, this 27th day of September 2023, upon considering Defendant's Motion to lift the stay (ECF No. 107), Defendant's habeas Petition under 28 U.S.C. § 2255 (ECF No. 59), and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion to lift the stay (ECF No. 107) is **GRANTED**;

2. We **vacate** our March 12, 2021 Order (ECF No. 93);

3. Defendant's Petition (ECF No. 59) is **DENIED**;

4. We **DENY** a certificate of appealability;[1] and,

5. The Clerk of Court shall **close** this case.

KEARNEY, J.

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).